Gorman, Appellant, *v.* Charlson et al. (No. 2).

Argued October 4, 1926. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and and SCHAFFER, JJ.

Appeals, Nos. 12 and 13, March T., 1927, by defendants, from orders of C. P. Cambria Co., Sept. T., 1922, Nos. 170 and 172, refusing to take off nonsuits, in cases of Laura N. Gorman v. Woolf Charlson et al., and Laura N. Gorman v. Woolf Charlson et al. Reversed.

416 GORMAN, Aplnt., v. CHARLSON et al. (No. 2).

OPINION BY MR. JUSTICE SCHAFFER, November 22, 1926:

It was agreed that the order made in the preceding case, No. 125, March Term, 1926, should be entered in the two cases above. Accordingly the assignment of error to the refusal to take off the nonsuits in these cases is sustained and in each of them a procedendo is awarded.